■ SANDRA HILTS, Appellant-Respondent, v FF THOMPSON HEALTH SYSTEM, INC., Doing Business as THOMPSON HEALTH, et al., Respondents, and ROBERT J. OSTRANDER, M.D., Respondent-Appellant. (Appeal No. 1.) [910 NYS2d 748]—Appeal and cross appeal from an order of the Supreme Court, Ontario County (William F. Kocher, A.J.), entered June 23, 2009 in a medical malpractice action. The order granted in part and denied in part the motion of defendants for summary judgment.

It is hereby ordered that said appeal and cross appeal are unanimously dismissed without costs (see Loafin' Tree Rest. v Pardi [appeal No. 1], 162 AD2d 985). Present—Smith, J.P., Fahey, Lindley, Sconiers and Gorski, JJ.